JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ORIENTHAL D. LIGGINS, | ) | No. ED CV 11-00846-JST (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MATTHEW CATE, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed.

DATED: August 4, 2011

**JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE